## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 25, 2016

Ms. Geri M. Smith
Northern District of Ohio at Cleveland
801 W. Superior Avenue
Suite 100 Carl B. Stokes U.S. Courthouse
Cleveland, OH 44113-1830

        Re: Case No. 15-3730, *Carlos Rosado v. R. Hanson*
             Originating Case No. : 4:14-cv-02525

Dear Ms. Smith:

  Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                    s/Leon T. Korotko
                                    Case Manager
                                    Direct Dial No. 513-564-7014

cc: Ms. Lynne Haddad Buck
    Mr. Carlos A. Rosado

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 15-3730

_____

Filed: April 25, 2016

CARLOS A. ROSADO

    Petitioner - Appellant

v.

RALPH HANSON, Warden, Warden

    Respondent - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 03/01/2016 the mandate for this case hereby issues today.

COSTS: None